**EJ-100**

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):
After recording return to:

Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
Jeffrey Kurtzman, Esquire
260 South Broad Street
Philadelphia, PA 19102
TELEPHONE NO: 215-568-6060
FAX NO (Optional): 215-568-6603
E-MAIL ADDRESS (Optional): JKurtzman@Klehr.com
ATTORNEY FOR (Name): Edward A. Phillips, Liquidating Trust

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
STREET ADDRESS: US District Court
MAILING ADDRESS: 450 Golden Gate Ave., 16th Floor
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of California

FILED
08 AUG 25 PM 2:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOR RECORDER'S OR SECRETARY OF STATE'S USE ONLY

PLAINTIFF: Edward A. Phillips, as Liquidating Trustee

DEFENDANT: Wired Rite Systems, Inc.

CASE NUMBER:
CV 08-80141 MISC. CRB

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**
[✓] FULL   [ ] PARTIAL   [ ] MATURED INSTALLMENT

FOR COURT USE ONLY

1. Satisfaction of the judgment is acknowledged as follows:
   a. [✓] Full satisfaction
      (1) [✓] Judgment is satisfied in full.
      (2) [ ] The judgment creditor has accepted payment or performance other than that specified in the judgment in full satisfaction of the judgment.
   b. [ ] Partial satisfaction
      The amount received in partial satisfaction of the judgment is $
   c. [ ] Matured installment
      All matured installments under the installment judgment have been satisfied as of (date):
2. Full name and address of judgment creditor:*

3. Full name and address of assignee of record, if any:
   Edward A. Phillips, as Liquidating Trustee,
   c/o Jeffrey Kurtzman, Esquire, 260 South Broad Street, Philadelphia, PA 19102
4. Full name and address of judgment debtor being fully or partially released:*
   Wired Rite Systems, Inc.
   5793 Skylane Blvd., Windsor, CA 95492
5. a. Judgment entered on (date):
   b. [ ] Renewal entered on (date):
6. [ ] An  [ ] abstract of judgment  [ ] certified copy of the judgment has been recorded as follows (complete all information for each county where recorded):

   COUNTY          DATE OF RECORDING          INSTRUMENT NUMBER

7. [ ] A notice of judgment lien has been filed in the office of the Secretary of State as file number (specify):

**NOTICE TO JUDGMENT DEBTOR:** If this is an acknowledgment of full satisfaction of judgment, it will have to be recorded in each county shown in item 6 above, if any, in order to release the judgment lien, and will have to be filed in the office of the Secretary of State to terminate any judgment lien on personal property.

Date: 8/19/08

(SIGNATURE OF JUDGMENT CREDITOR OR ASSIGNEE OF CREDITOR OR ATTORNEY**)

Page 1 of 1

*The names of the judgment creditor and judgment debtor must be stated as shown in any Abstract of Judgment which was recorded and is being released by this satisfaction. ** A separate notary acknowledgment must be attached for each signature.

Form Approved for Optional Use
Judicial Council of California
EJ-100 [Rev. January 1, 2005]

**ACKNOWLEDGMENT OF SATISFACTION OF JUDGMENT**

Code of Civil Procedure, §§ 724.060, 724.120, 724.250
American LegalNet, Inc.
www.USCourtForms.com